UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONG THUC HUYNH,<br><br>    Petitioner,<br><br>v.<br><br>DAVID WESLING, Acting Director of the<br>Boston Field Office, U.S. Immigration and<br>Customs Enforcement;<br>TODD LYONS, Acting Director of the<br>U.S. Immigration and Customs Enforcement<br>MICHAEL KROL, HSI New England Special<br>Agent in Charge; and<br>KRISTI NOEM, Secretary of the<br>U.S. Department of Homeland Security;<br>in their official capacities,<br><br>    Respondents. | Case No. 1:25-cv-13794 |

**AMENDED ORDER CONCERNING REQUIRED RESPONSE**

Upon consideration of the Petitioner Long Thuc Huynh's Assented-to Motion to Amend this Court's December 10, 2025 Order Concerning Required Response before the Court, it is hereby ORDERED:

1. The Court previously issued an Order Concerning Service of Petition, Stay of Transfer or Removal, and Required Response on December 10, 2025. The Court found that the facts presented in Petitioner's petition appeared similar to *Amaya Sanchez v. Moniz et al.*, No. 25-CV-12806-AK (D. Mass. Oct. 10, 2025), and ordered parties to respond as to whether Mr. Huynh is subject to 8 U.S.C. § 1226(a)'s discretionary detention framework. Doc. No. 3.

1

2. As assented to by both parties, the Court will amend its order on December 10, 2025 to require parties to respond to the basis of Petitioner's detention under 8 U.S.C. § 1231(a) and the Due Process Clause of the Fifth Amendment instead of 8 U.S.C. § 1226(a).

**SO ORDERED.**

Date: /s/ Angel Kelley