**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Long Thuc Huynh,<br><br>       Petitioner,<br><br>v.<br><br>David Wesling, et al,<br><br>       Respondents (s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 25-CV-13794-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 14] entered on 2/24/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                                    **DISMISSED**.

Dated: 3/10/2026                                  By the Court,

                                      /s/ Courtney Horvath
                                      Deputy Clerk